IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00594-SKC-TPO

SIMCHAT TORAH BEIT MIDRASH,

    Plaintiff,

v.

PHILADELPHIA INDEMNITY INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of eight duly sworn to try the issues herein with United States District Judge S. Kato Crews presiding, and the jury rendered a verdict in favor of the defendant and against the defendant.

IT IS ORDERED that judgment is entered in favor of Philadelphia Indemnity Insurance Company and against Simchat Torah Beit Midrash.

DATED this 17th day of March, 2025.

                FOR THE COURT:
                JEFFREY P. COLWELL

                By: s/C. Pearson, Deputy Clerk